# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   TYRONE STUCKEY           §          Case No.: 11-06705
                                  §
                                  §
        Debtor(s)                 §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/21/2011.

2) This case was confirmed on 05/09/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/09/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/29/2011.

5) The case was dismissed on 10/03/2011.

6) Number of months from filing to the last payment:  3

7) Number of months case was pending:  11

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $     3,400.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 693.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 693.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 109.03 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 47.82 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 156.85 |
| Attorney fees paid and disclosed by debtor | $ | 226.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ECAST SETTLEMENT COR | UNSECURED | 300.00 | 1,126.28 | 1,126.28 | .00 | .00 |
| FRIENDLY FINANCE COR | SECURED | 4,800.00 | 4,800.00 | 4,800.00 | 517.95 | 18.20 |
| FRIENDLY FINANCE COR | UNSECURED | 3,145.00 | 3,145.34 | 3,145.34 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 544.00 | 693.68 | 693.68 | .00 | .00 |
| US CELLULAR | UNSECURED | 513.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 605.00 | 605.00 | 605.00 | .00 | .00 |
| BUDGET CREDIT COUNSE | UNSECURED | 240.00 | 240.00 | 240.00 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 250.00 | 394.00 | 394.00 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 219.00 | 713.43 | 713.43 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 525.00 | 970.09 | 970.09 | .00 | .00 |
| CREDIT UNION 1 | UNSECURED | 630.00 | 649.14 | 649.14 | .00 | .00 |
| DUPAGE CIRCUIT COURT | UNSECURED | 265.00 | NA | NA | .00 | .00 |
| DUPAGE COUNTY COLLEC | OTHER | .00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 458.00 | 458.45 | 458.45 | .00 | .00 |
| ISAC | UNSECURED | 2,137.00 | 2,032.14 | 2,032.14 | .00 | .00 |
| VILLAGE OF ROSEMONT | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 1,204.00 | NA | NA | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 711.00 | 711.33 | 711.33 | .00 | .00 |
| RJM ACQUISITIONS | OTHER | .00 | NA | NA | .00 | .00 |
| SECRETARY OF STATE | OTHER | .00 | NA | NA | .00 | .00 |
| SOUTHSIDE FEDERAL CR | UNSECURED | 498.00 | NA | NA | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | 200.00 | 409.43 | 409.43 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 8,000.00 | 6,225.74 | 6,225.74 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.==============================================================================.
| Scheduled Creditors:                                                         |
|                                                                              |
| Creditor                Claim          Claim          Claim      Principal         Int. |
|   Name         Class    Scheduled      Asserted       Allowed       Paid           Paid |
|                                                                              |
|WILL COUNTY SHERIFFS  UNSECURED    175.00         NA           NA           .00           .00 |
|WILL COUNTY TREASURE  OTHER           .00         NA           NA           .00           .00 |
|JEFFERSON CAPITAL SY  UNSECURED       NA    1,268.97     1,268.97           .00           .00 |
|ASSET ACCEPTANCE LLC  UNSECURED       NA    2,996.98     2,996.98           .00           .00 |
|UNITED CREDIT RECOVE  UNSECURED       NA      556.11       556.11           .00           .00 |
|STATE FARM INSURANCE  UNSECURED       NA   10,647.79    10,647.79           .00           .00 |
.==============================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 4,800.00 | 517.95 | 18.20 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 4,800.00 | 517.95 | 18.20 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 33,843.90 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 156.85 |
| Disbursements to Creditors | $ | 536.15 |
| **TOTAL DISBURSEMENTS:** | $ | 693.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/25/2012  /s/ Tom Vaughn
Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**